UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| HANAN AREIQAT, et al.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-1113 MHP<br><br>**ORDER GRANTING REQUEST FOR CERTAIN DEFENDANTS TO BE EXCUSED FROM ATTENDING THE MEDIATION**<br><br>Date:　　　September 16, 2010<br>Mediator:　Donna Brorby |

　　　IT IS HEREBY ORDERED that the request for certain of the named defendants to be excused from attending the September 16, 2010 mediation session before Donna Brorby is GRANTED. A representative from the San Francisco Police Department, along with SFPD Sergeant John Burke and SFPD Sergeant Victor Hui, shall be present at the session. The remaining defendant officers may, but do not need to participate in the mediation.

　　　IT IS SO ORDERED.

September 7, 2010　　　　By:　　　　　_Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge