1  CHARLES GEERHART  (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street,  Suite 1150
   San Francisco, CA  94103
3  (415) 498-2101

4  Attorney for Plaintiffs
   HANAN AREIQAT AND HADEEL AREIQAT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN AREIQAT AND HADEEL AREIQAT<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JOHN BURKE, Star # 2240, individually and in his capacity as a San Francisco police officer; VICTOR HUI, Star # 1370, individually and in his capacity as a San Francisco police officer; DAVID ALBRIGHT, star # 104, individually and in his capacity as a San Francisco police officer; JOSEPH VALDEZ, Star #4228, individually and in his capacity as a San Francisco police officer; PATRICK GRIFFIN, Star # 1835, individually and in his capacity as a San Francisco police officer; ELMER NAJARRO star # 1078, individually and in his capacity as a San Francisco police officer  and DOES 1-30,  Defendants. | Case No.   C10-1113 MHP<br><br>STIPULATION FOR ORDER DISMISSING AND JOINING CERTAIN DEFENDANTS |

*Areiqat v. City/County of SF et al*
USDC No. C10-1113 MHP
STIPULATION FOR ORDER DISMISSING
AND JOINING CERTAIN DEFENDANTS

1

Plaintiffs HANAN AREIQAT AND HADEEL AREIQAT and defendants CITY AND COUNTY OF SAN FRANCISCO, JOHN BURKE, VICTOR HUI, DAVID ALBRIGHT, JOSEPH VALDEZ, PATRICK GRIFFIN, and ELMER NAJARRO (hereafter, the PARTIES), hereby stipulate to a Court Order as follows:

1. The Parties agree that Plaintiffs may dismiss David Albright, each side to bear its own fees and costs;

2. The Parties agree that Plaintiffs may join as party defendants the following San Francisco Police officers:

a) Josh Hinds in place and stead of DOE 1.

b) Kevin Rightmire in place and stead of DOE 2.

3. This stipulation is entered into because plaintiffs did not have actual knowledge of the names of the officers listed in par. 2 above until undertaking discovery in this matter.

4. IT IS FURTHER STIPULATED that the newly joined defendants are deemed to have notice and service of the summons and complaint, that a new summons need not be issued.

5. IT IS FURTHER STIPULATED that the two newly joined defendants waive notice and service of the complaint as amended and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer previously filed by the original defendants to the original complaint shall be deemed responsive to the complaint as to the two newly joined defendants.

*Areiqat v. City/County of SF et al*
USDC No. C10-1113 MHP
STIPULATION FOR ORDER DISMISSING
AND JOINING CERTAIN DEFENDANTS

2

1  IT IS SO STIPULATED.

2  Dated: October 25, 2010                PAOLI & GEERHART LLP

3

4                                         I hereby attest that I have on file all holograph

5                                         signatures for any signatures indicated by a

6                                         "conformed" signature (/S/) within this efiled

7                                         document.

8

9                                         /s/_____

10                                        CHARLES GEERHART

11                                        Attorney for Plaintiff

12

13 Dated: October 25, 2010                SAN FRANCISCO CITY ATTORNEY'S OFFICE

14

15

16

17                                        /s/_____

18                                        BLAKE LOEBS

19                                        Attorneys for Defendants

20                                        CITY AND COUNTY OF SAN FRANCISCO  JOHN

21                                        BURKE, VICTOR HUI, DAVID ALBRIGHT,

22                                        JOSEPH VALDEZ, PATRICK GRIFFIN, and ELMER

23                                        NAJARRO

24

25

26  *Areiqat v. City/County of SF et al*
    USDC No. C10-1113 MHP
27  STIPULATION FOR ORDER DISMISSING
    AND JOINING CERTAIN DEFENDANTS

28                                            3

ORDER ON STIPULATION FOR ORDER DISMISSING AND JOINING CERTAIN DEFENDANTS

The Court has reviewed the Stipulation of the parties for an Order Dismissing and Joining Certain Defendants. Good cause appearing, the Court approves the stipulation and orders as follows:

1. Plaintiffs may dismiss David Albright, each side to bear its own fees and costs;

2. Plaintiffs may join as party defendants the following San Francisco Police officers:

a) Josh Hinds in place and stead of DOE 1.

b) Kevin Rightmire in place and stead of DOE 2.

3. The newly joined defendants listed in No. 2 above are deemed to have notice and service of the summons and complaint. A new summons need not be issued. The two newly joined defendants shall not be required to answer the amendment. All denials, responses and affirmative defenses contained in the answer previously filed by the original defendants to the original complaint shall be deemed responsive to the complaint as to the two newly joined defendants.

IT IS SO ORDERED.

Date: 11/4/2010



*Areiqat v. City/County of SF et al*
USDC No. C10-1113 MHP
STIPULATION FOR ORDER DISMISSING
AND JOINING CERTAIN DEFENDANTS

4