UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN AREIQAT AND HADEEL AREIQAT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C10-1113 EMC<br><br>**ORDER TO SHOW CAUSE** |

On March 16, 2010, Plaintiffs filed a Complaint against Defendants. An order scheduling a Case Management Conference for February 17, 2012 at 9:00 a.m. was mailed to Plaintiffs at their last known address on January 30, 2012. The mailing has not be returned. Plaintiffs failed to appear at the Case Management Conference, which was held on February 17, 2012. Attorney Blake Loebs appeared for defendants.

Accordingly, Plaintiffs are hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute and to comply with this Court's order. Their show cause response must be filed in this Court no later than **March 9, 2012**. Plaintiffs are further directed to appear for a show cause hearing on **March 16, 2012 at 1:30 p.m.** in Courtroom 5, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Failure to file a response or to appear at the hearing will result in dismissal of the action. Plaintiffs may wish to consult the Court's "Handbook for Litigants Without a Lawyer,"

available from the Clerk's Office or on the Court's website at
http://www.cand.uscourts.gov/prosehandbk.

Dated: February 21, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HANAN AREIQAT,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

    Defendant.

Case Number: CV10-01113 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hadeel Areiqat
15 Poncetta Street, #306
Daly City, CA 94015

Hanan Areiqat
15 Poncetta Street, #306
Daly City, CA 94015

Dated: February 21, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk