1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868
6  Facsimile:    (415) 554-3837
   E-Mail:       blake.loebs@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   JOHN BURKE, PATRICK GRIFFIN, VICTOR HUI,
9  ELMER NAJARRO, JOSEPH VALDEZ, JOSH HINDS
   and KEVIN RIGHTMIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN AREIQAT AND HADEEL AREIQAT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JOHN BURKE, Star #2240, individually and in his capacity as a San Francisco police officer; VICTOR HUI, Star #1370, individually and in his capacity as a San Francisco police officer; DAVID ALBRIGHT, Star #104, individually and in his capacity as a San Francisco police officer; JOSEPH VALDEZ, Star #4228, individually and in his capacity as a San Francisco police officer; PATRICK GRIFFIN, Star #1835, individually and in his capacity as a San Francisco police officer; ELMER NAJARRO, Star #1078, individually and in his capacity as a San Francisco police officer and DOES 1-30,<br><br>Defendants. | Case No. C10-1113 EMC<br><br>**REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL**<br><br>Trial Date:    NONE |

Request for Dismissal; [PROPOSED] Order of Dismissal; CASE NO. C10-1113 EMC

1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

On March 16, 2010, Plaintiffs individually appeared and Blake Loebs appeared on behalf of all defendants for the Order to Show Cause for why this matter should not be dismissed for failure to prosecute. Plaintiffs stated that they wanted to have the case dismissed, with all parties to bear their own costs and Defendants agreed.

Pursuant to the request of the parties, this matter should be dismissed with prejudice. Each party to bear their own costs.

Dated: March 19, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Chief of Civil Rights Litigation

By: /s/ Blake P. Loebs
BLAKE P. LOEBS

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/20/12

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

